# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| CHASE MATHEWS, | Case No. 3:21-cv-84 |
| Plaintiff, | |
| vs. | Magistrate Judge Peter B. Silvain, Jr. |
| | (by full consent of the parties) |
| FORD MOTOR COMPANY, | |
| Defendant. | |

## ORDER

This civil case is set for a second pretrial scheduling conference before Magistrate Judge Peter B. Silvain, Jr., on **May 24, 2021** at **11:00 am**. The trial attorney for each party is required to appear and participate in the second pretrial scheduling conference with the Court. To participate, the attorneys for the parties shall call: 1-888-363-4735, enter access code 6287286, security code 123456, and wait for the Court to join the conference.

**IT IS SO ORDERED.**

May 18, 2021                                  *s/Peter B. Silvain, Jr.*
                                              Peter B. Silvain, Jr.
                                              United States Magistrate Judge