**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | |
|---|---|
| CHASE MATTHEWS, : | Case No. 3:21-cv-84 |
| Plaintiff, : | |
| : | Magistrate Judge Peter B. Silvain, Jr. |
| vs. : | |
| FORD MOTOR COMPANY, : | |
| Defendant. : | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636, and at the request of the parties, this case is hereby referred to Judge Sharon L. Ovington for the purposes of mediation.

**IT IS SO ORDERED.**

September 10, 2021

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge